IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS:
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS CISNEROS and ALEJANDRA PALACIOS, <br> Plaintiffs, <br><br> v. <br><br> JOSE JAIME LORENCES OLVERA, And JAVIER CANTU BARRAGAN D/B/A TRANSPORTES JAVIER CANTU BARRAGAN And JAVIER CANTU BARRAGAN D/B/A JCB | § § § § § § § § § § § § | CIVIL ACTION NO._____ |

## DEFENDANTS' NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

Defendants, **JOSE JAIME LORENCES OLVERA** and **JAVIER CANTU BARRAGAN d/b/a TRANSPORTES JAVIER CANTU BARRAGAN** (hereinafter referred to as "Defendants") files this notice of removal pursuant to 28 U.S.C. § 1446(a).

### I.  Introduction

1.1   Plaintiffs, Carlos Cisneros, Jr. and Alejandra Palacios (hereinafter "Plaintiffs") are United States citizens and Texas residents.

1.2   Defendants are citizens and residents of the country of Mexico.

1.3   The lawsuit concerns an automobile accident between a passenger vehicle and a tractor trailer in Brownsville, Texas. Liability is highly contested by the parties involved.

1.4   Plaintiffs filed their suit on May 25, 2016.  Despite acknowledging that Defendants must be served under the Hague Convention, Plaintiff purported to serve Defendants on June 7, 2016 by serving the chairman of the Texas Transportation Commission and the Texas Secretary of State.  Service on Defendants by Plaintiff was defective and not in the manner

proscribed by The Hague Convention Treaty. Defendant, Javier Cantu Barragan d/b/a Transportes Javier Cantu Barragan is a Mexican individual with a trucking business that has no office or registered agent in Texas. Defendant, Olvera is a Mexican citizen. He does not reside in the United States and he does not have a designated place of employment in the United States. Plaintiffs later decided to attempt service on Defendants via the Hague convention, as noted in their amended petition, filed on July 26, 2016. Defendants have yet to receive proper service, but have recently been made aware of this suit. In the interests of speed and efficiency, Defendants have elected to waive formal service effective as of the date of this removal.

1.5   Defendant, Javier Cantu Barragan d/b/a JCB is simply a pseudonym or misnomer of Defendant, Javier Cantu Barragan d/b/a Transportes Javier Cantu Barragan, and is not a separate party.

## II.  Basis for Removal

2.1   Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Johnson v. Columbia Props. Acnhorage, L.P.*, 437 F.3d 894, 899-900 (9th Cir. 2006).  Plaintiffs are U.S. citizens and residents of the state of Texas. Defendants are Mexican citizens, reside in Mexico and have no residence, office or place of business in the United States. See 28 U.S.C.A. § 1441(a); *Barragan v. Warner-Lambert Co.*, 216 F. Supp. 2d 627, 630 (W.D. Tex. 2002).

2.2   Additionally, Defendants contend that the amount in controversy exceeds $75,000.00, excluding interest and costs based on Plaintiffs' live petition. 28 U.S.C. § 1332(a); *Andrews v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510, 514-15 (7th Cir. 2006). Defendants would further show that jurisdictional facts that support removal must be judged at the time of removal. *See Allen v. R&H Oil & Cas. Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).  If a defendant proves by the preponderance of the evidence that the plaintiff's claims are "the type that are worth more than [$75,000]," then "it [must] appear to a legal certainty that the claim is really for

less than the jurisdictional amount … [i]n order for a court to refuse jurisdiction. *Id.* at n. 14 (5th Cir. 1995); and *DeAguilar v. Boeing Co.*, 47 F.3d 1404, 1410 (5th Cir. 1995) (citing *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 288, 58 S. Ct. 586, 590 (1938)).

2.3     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

2.4     Defendants will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

2.5     Defendants provide a copy of the docket sheet, process, pleadings, and any signed orders served in the State Court action, together with an index of matters being filed, and the notice served upon Plaintiff's attorney of record that this matter was removed. These documents are attached as **Exhibit 1**. An Index of Attorneys/Parties is attached as **Exhibit 2.**

### III.  Prayer

3.1     In accordance with the above, Defendants pray that this Court enter such further Orders and grant such further relief as may be necessary to secure removal herein and to prevent further proceedings in the 138th Judicial District Court of Cameron County, Texas and for such other and further relief, general and special, legal and equitable, to which it may show itself to be justly entitled.

Respectfully submitted,

By: /s/ James H. Hunter, Jr.
James H. Hunter, Jr.,
Attorney-in-Charge,
State Bar No. 00784311
Federal I.D. No. 15703
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
E-Mail: jim.hunter@roystonlaw.com
**Attorney for Defendants,
JOSE JAIME LORENCES
OLVERA AND JAVIER CANTU**

        **BARRAGAN D/B/A**
        **TRANSPORTES JAVIER**
        **CANTU BARRAGAN**

**OF COUNSEL:**

John D. Plumlee,
Texas State Bar No. 24079145
Southern District of Texas I.D. No. 1466440
55 Cove Circle
Brownsville, Texas 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
E-Mail: john.plumlee@roystonlaw.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY, that a true and correct copy of the above and foregoing document was filed electronically and forwarded via the CM/ECF Filing System, facsimile, Regular U.S. Mail, certified mail, return receipt requested and/or E-Mail to all known counsel of record on this **16th** day of January 2017, as follows:

R. Todd Elias
GORDON, ELIAS & SEELY, L.L.P.
1811 Bering Drive, Suite 300
Houston, Texas 77057
Ph. (713) 668-9999
Facsimile: (713) 668-1980

and

David H. Square
SQUARE LAW GROUP
302 Kings Hwy, Suite 103
Brownsville, Texas 78521
Ph. (956) 621-4632
*Counsel for Plaintiff*

                                                By:    /s/ James H. Hunter, Jr.
                                                         James H. Hunter, Jr.,
                                                         Attorney-in-Charge,
                                                         State Bar No. 00784311
                                                        Federal I.D. No. 15703
                                                         55 Cove Circle
                                                         Brownsville, Texas 78521
                                                         (956) 542-4377 (Telephone)
                                                         (956) 542-4370 (Facsimile)
                                                         E-Mail: jim.hunter@roystonlaw.com
                                                         **Attorney for Defendants,**
                                                         **JOSE JAIME LORENCES OLVERA AND JAVIER CANTU BARRAGAN D/B/A TRANSPORTES JAVIER CANTU BARRAGAN**